This is to advise that on July 10, 2007

Senior Judge Richard W. Goldberg

Issued CONFIDENTIAL Slip Opinion 07-108

In action

Ct. No. 06-00338

Former Employees of Independent Steel
Castings Company, Inc.,
(Plaintiffs,)

v.

United States Department of Labor,
(Defendant.)