**Slip. Op. 07 - 125**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| FORMER EMPLOYEES OF INDEPENDENT STEEL CASTINGS COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, <br><br> Defendant, | Before: Richard W. Goldberg, Senior Judge <br><br> Court No. 06-00338 |

## JUDGMENT

Upon consideration of the Revised Determination of Alternative Trade Adjustment Assistance ("Remand Determination") filed by the United States Department of Labor on July 27, 2007, Plaintiffs' written comments stating that they are satisfied with the Remand Determination as filed, all other papers filed herein, and upon due deliberation, it is hereby

**ORDERED** that the Remand Determination is sustained in all respects; and it is further

**ORDERED** that this action is dismissed.

**SO ORDERED.**

/s/ Richard W. Goldberg_
**Richard W. Goldberg**
**Senior Judge**

**Dated:   August 15, 2007**
           **New York, New York**

## NOTICE OF ENTRY AND SERVICE

      This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

      Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

      Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

      Tina Potuto Kimble
      Clerk of the Court

Date: _____   By: _____
                                                                       Deputy Clerk